# EXHIBIT A

USTED ESTA ORDENADO COMPARECER EN Arbitration Hearing 1880 JFK Blvd. 5th fl. at 09:15 AM - 03/08/2024
You must still comply with the notice below. USTED TODAVIA DEBE CUJPLIR CON EL AVISO PARA DEFENDERSE.
This matter will be heard by a Board of Arbitrators at the time, date and place specified but, if one or more parties is not present at the hearing, the matter may be heard at the same time and date before a judge of the court without the absent party or parties. There is no right to a trial denovo on appeal from a decision entered by a Judge.

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**
**By: Jeffrey R. Lessin, Esquire**
**Identification No.: 43001**
**1515 Market Street-Suite 1650**
**Philadelphia, PA 19102**
**215-599-1400**
**Attorney for Plaintiff Syreeta Manire**

**This is an Arbitration Case.**
**Assessment of damages hearing is required.**

Filed and Attested by the Office of Judicial Records
01 MAY 2023 04:39 pm
G. IMPERATO

| | | |
|---|---|---|
| **SYREETA MANIRE** | : | **COURT OF COMMON PLEAS** |
| **5507 Locust Street** | : | **PHILADELPHIA COUNTY** |
| **Philadelphia, PA 19139** | : | |
| **v.** | : | **May Term, 2023** |
| **WAL-MART STORES, INC.** | : | |
| **702 SW 8th Street** | : | |
| **Bentonville, AR 72716-8611** | : | |
| **and** | : | |
| **WALMART STORES EAST, LP** | : | |
| **601 N. Walton Blvd.** | : | |
| **Bentonville, AR 72712-4546** | : | **No.:** |

## NOTICE TO DEFEND

NOTICE

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

PHILADELPHIA BAR ASSOCIATION
LAWYER REFERRAL and INFORMATION SERVICE
1101 MARKET STREET, 11TH FLOOR
PHILADELPHIA, PA 19107-2911
(215) 238-6333

AVISO

Le han demandado a usted en la corte. Si usted quiere defenderse de estas demandas expuestas en las paginas siguentes, usted tiene veinte (20) dias de plazo a partir de la fecha de la demanda y la notificacion. Hace falta assentar una comparencia escrita a en persona o con un abogado y entregar a la corte en forma escrita sus defensas o sus objeciones a las demandas en contra de su persona. Sea avisado que si usted no se defiende, la corte tomara medidas y puede continuar la demanda en contra suya sin previo aviso o notificacion. Ademas la corte puede decidir a favor del demandate y requiere que usted cumpia con todas las provisiones de esta demanda. Usted puede perder dinero o sus propiedades u otros derechos importantes para usted.

LLEVE ESTA DEMANDA A UN ABOGADO IMMEDIATAMENTE. SI NO TIENE ABOGADO O SI NOTIENE EL DINERO SUFICIENTE DE PAGAR TAL SERVICO. VAYA EN PERSONA O LLAME POR TELEFONO A LA OFICINA CUYA DIRECCION SE ENCUENTRA ESCRITA ABAJO PARA A VERIGUAR DONDE SE PUEDE CONSEGUIR ASISTENCIA LEGAL.

ASSOCIACION DE LICENCIADOS DE FILADELFIA
Servicio De Referencia E Informacion Legal
1101 Market Street, 11th Floor
Filadelfia, PA 19107-2911
(215) 238-6333



MAY 15 2023

Case ID: 230500139

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**
**By: Jeffrey R. Lessin, Esquire**
**Identification No.: 43801**
**1515 Market Street-Suite 1650**
**Philadelphia, PA 19102**
**215-599-1400**
**Attorney for Plaintiff Syreeta Manire**

**This is an Arbitration Case. Assessment of damages hearing is required.**

| | | |
|---|---|---|
| **SYREETA MANIRE**<br>**5507 Locust Street**<br>**Philadelphia, PA 19139**<br>**v.**<br>**WAL-MART STORES, INC.**<br>**702 SW 8th Street**<br>**Bentonville, AR 72716-8611**<br>**and**<br>**WALMART STORES EAST, LP**<br>**601 N. Walton Blvd.**<br>**Bentonville, AR 72712-4546** | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | **COURT OF COMMON PLEAS**<br>**PHILADELPHIA COUNTY**<br><br>**May Term, 2023**<br><br><br><br><br><br><br>**No.:** |

**CIVIL ACTION COMPLAINT**

1. The Plaintiff, Syreeta Manire, is an adult individual who resides at the address set forth above.

2. Defendant Wal-Mart Stores, Inc. is, upon information and belief, a Delaware Corporation licensed to do business in the Commonwealth of Pennsylvania and, more particularly, in Philadelphia County, with its principal business address being that set forth above.

3. Defendant Wal-Mart Store East, LP is, upon information and belief, a Florida Corporation licensed to do business in the Commonwealth of Pennsylvania and, more particularly, in Philadelphia County, with its principal business address being that set forth above.

4. Defendant Wal-Mart Stores, Inc. and Defendant Wal-Mart Store East, LP

are hereinafter collectively referred to as Defendant Wal-Mart.

5. At all times material hereto, Defendant Wal-Mart acted by and through its duly authorized agents, servants, workmen and/or employees all of whom were then and there acting within the course and scope of their agency, authority and employment.

6. At all times material hereto, Defendant Wal-Mart owned, operated, managed, maintained, inspected, controlled and/or possessed the Wal-Mart retail store (store #2650) located at 4301 Byberry Road, Philadelphia, PA 19154 (hereinafter referred to as "the Premises").

7. At all times material hereto, Defendant Wal-Mart was under a duty to exercise reasonable care to make the Premises safe for business invitees such as the Plaintiff, and to provide such persons with adequate warning of any dangers or defects on the Premises of which it was aware, or in the exercise of reasonable care, of which it should have been aware.

8. At all times material hereto, Defendant Wal-mart created and/or allowed a hazardous, dangerous and defective condition to remain in the Premises; such condition more specifically consisting of an accumulation of water on the floor of a ladies' bathroom in the Premises.

9. On or about October 22, 2021, the Plaintiff, Syreeta Manire, was a business invitee in the Premises when she was caused to slip and fall as a result of walking into the accumulated water on the floor of the ladies' bathroom. The slip and fall caused the Plaintiff, Syreeta Manire, to suffer the serious injuries described at length below.

10. The Plaintiff avers that Defendant Wal-Mart, acting as set forth herein, had actual and/or constructive notice of the existence of the hazardous, dangerous and defective condition of the ladies' bathroom in the Premises..

11. In breach of its duties described herein, Defendant Wal-Mart negligently created, and/or permitted the hazardous, dangerous and defective condition to exist on its premises for an unreasonable length of time.

12. The injuries suffered by the Plaintiff were caused solely by the carelessness and negligence of Defendant Wal-Mart and the Plaintiff's injuries were due in no manner whatsoever to any act or failure to act on the part of the Plaintiff.

13. The carelessness and negligence of Defendant Wal-Mart consisted of the following acts and/or omiossions:

a. failing to properly inspect the Premises where the Plaintiff was injured;

b. failing to correct, remove and/or otherwise ameliorate the hazardous, dangerous and defective condition of which Defendant Wal-Mart was aware or, in the exercise of reasonable care, of which it should have been aware, prior to the time of the Plaintiff's fall;

c. failing to warn the Plaintiff of the existence of the hazardous, dangerous and defective condition on its premises;

d. failing to maintain its premises in a condition which would have protected and safeguarded persons such as the Plaintiff;

e. allowing and permitting the hazardous, dangerous and defective

condition to remain on its premises so as to constitute a menace, danger and nuisance to persons such as the Plaintiff;

f. disregarding the rights and safety of the Plaintiff;

g. failing to exercise due care under the circumstances;

h. failing to adequately inspect, repair, and/or maintain the plumbing in the ladies' bathroom in the Premises;

i. allowing water to accumulate on the floor of the ladies' bathroom in the Premises;

j. failing to properly place warning signs or caution cones to alert business invitees such as the Plaintiff of the dangerous condition that existed in ladies' bathroom in the Premises; and

k. failing to barricade or close the ladies' bathroom in the Premises after Defendant Wal-Mart knew that a plumbing leak was causing water to accumulate on the floor.

14. As a direct result of her fall in the Defendants' Premises, the Plaintiff, Syreeta Manire, was caused to suffer serious and permanent injuries including but not limited to: right ankle sprain with Achilles tendinitis; right shoulder capsulitis; bulging and protruding cervical discs; and cervical radiculopathy, all of which injuries have caused her great pain and suffering.

15. As a further direct result of the Defendants' negligence, the Plaintiff has been required to spend sums of money and/or to incur expenses for medical care and treatment, in an effort to effectuate a cure for her above-described injuries, and she may be required to spend additional sums and incur additional expenses in the future.

16. As a further direct result of the Defendants' negligence, the Plaintiff has been prevented from attending to her usual daily activities, duties and occupations, and she may be so prevented for an indefinite period of time in the future, all enuring to her financial detriment and loss.

17. As a further direct result of the Defendants' negligence, the Plaintiff has been caused to suffer serious, and severe physical pain, mental anguish, and humiliation, and she may continue to suffer from her above-described injuries for an indefinite period of time in the future.

WHEREFORE, Plaintiff Syreeta Manire demands judgment against Defendant Wal-Mart Stores, Inc. and Defendant Wal-Mart Store East, LP in an amount not in excess of $50,000.00, together with any and all other relief permitted by law or which the Court deems just and proper.

**JEFFREY R. LESSIN & ASSOCIATES, P.C.**

By: *Jeffrey R. Lessin*
Jeffrey R. Lessin, Esquire
Attorney for Plaintiff

## VERIFICATION

Syreeta Manire, state that I am the Plaintiff in this matter and that the statements made in the foregoing Civil Action Complaint are true and correct to the best of my knowledge, information and belief; and that this statement is made subject to the penalties of 18 Pa. C.S.A. Section 4904 relating to unsworn falsification to authorities.

ID [illegible]

Syreeta Manire

Jeffrey R. Le
1515 Market Street - Suite 1650
Philadelphia, PA 19102

7022 3330 0001 4311 3506

R.R.R.

$6.59 0
US POSTAGE
FIRST-CLASS
062S0011287094
19102

Wal-Mart Stores East LP
702 SW 8th Street
Bentonville, AR 72716-8611

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE